[No. 38549-6-I.    Division One.    September 22, 1997.]

KEITH PILGRIM, ET AL., *Appellants*, v. STATE FARM FIRE & CASUALTY INSURANCE COMPANY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-25356-5, Jim Bates, J., entered April 3, 1996. *Affirmed* by unpublished opinion per Webster, J., concurred in by Baker, C.J., and Agid, J. Now published at 89 Wn. App. 712.

[No. 38657-3-I.    Division One.    September 22, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MARCELLIS C. KING, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-08513-6, William L. Downing, J., entered May 13, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 38662-0-I.    Division One.    September 22, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK PHILLIP CAHILL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-06913-1, William L. Downing, J., entered April 22, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 38727-8-I.    Division One.    September 22, 1997.]

HORST SIMON, *Appellant*, v. HYATT LEGAL SERVICES, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 94-2-06576-7, Richard J. Thorpe, J., entered May 2, 1996. *Reversed* by unpublished opinion per Becker, J., concurred in by Kennedy, A.C.J., and Agid, J.